# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --          )
                          )
CACI International, Inc.      )     ASBCA Nos. 59382, 59383, 59384
                          )
Under Contract No. DASC01-03-C-0003    )

APPEARANCE FOR THE APPELLANT:      J. William Koegel, Jr., Esq.
                                             General Counsel

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
                                             DCMA Chief Trial Attorney
                                             Joseph D. Keller, Esq.
                                             Trial Attorney
                                             Defense Contract Management Agency
                                             Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 22 April 2015

_MARK N. STEMPLER_
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59382, 59383, 59384, Appeals of CACI International, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals